# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| United States of America, ) | Criminal. No.: 2:24-cr-650 |
| ) | |
| vs. ) | |
| ) | |
| Jaidan Alexander, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## SENTENCING MEMORANDUM

When Jaidan Alexander was 20 years old, he was the victim of a horrific stabbing and robbery. He was sitting in his car when another man got in and attacked him, stabbing him over 30 times. Jaidan survived but carries the trauma from that day. He developed an addiction to marijuana and pills to deal with physical pain and crippling anxiety. He also felt the need to arm himself for protection because he suffered from paranoia.

He respectfully asks this Court to take this extraordinary circumstance into consideration when calculating an appropriate sentence. Mr. Alexander faces a mandatory ten years and asks the Court to vary downward to this mandatory minimum. He takes full responsibility for the firearms found in his possession and the drugs that were found in his apartment, which he was using at the time.

Mr. Alexander hopes to continue counseling and therapy for PTSD while in the Bureau of Prisons and to pursue a career in plumbing when he is released.

 Respectfully submitted,
*s/Charles W. Cochran*
Charles W. Cochran
Assistant Federal Public Defender
Charleston, South Carolina
(843) 727-4148

November 28, 2025